UNITED STATES DISTRICT COURT
WESTERN DIVISION OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISON

| | |
|---|---|
| RESA LATIOLAIS | CIVIL ACTION NO. 09-00018 |
| VERSUS | DISTRICT JUDGE MELANCON |
| BRADLEY GRIFFITH, ROYLIS GALLOW, DONALD CRAVINS, CITY OF OPELOULAS | MAGISTRATE JUDGE HANNA |

*MINUTES OF HEARING AND*
*RULING ON MOTIONS TO COMPEL*
**(Rec. Docs. 23, 24, 25, 26)**
**December 16, 2009**

Before the court are several motions to compel filed by plaintiff against defendants, as follows:

I. Motion to Deem Request for Admissions Admitted and to Compel Discovery Responses [Bradley Griffith](rec. doc. 23);

II. Motion to Deem Requests for Admissions Admitted [City of Opelousas](rec. doc. 24);

III. Motion to Deem Request for Admissions Admitted and to Compel Discovery Responses [Mayor Donald Cravins](rec. doc. 25);

IV. Motion to Deem Requests for Admissions Admitted [Roylis Gallow](rec. Doc. 26).

None of the defendants responded to any of the discovery and admissions requests, and none of the defendants filed any opposition to the motions. A jury trial is set in this matter on March 22, 2010, and a pretrial conference is set for February 11, 2010.

Oral argument was held on December 16, 2009, before the undersigned Magistrate Judge.[1]

Appearing for plaintiff at oral argument was Bradford Felder . Appearing for defendant Griffith was Shepton F. Hunter, and for defendants Gallow, Cravins and City of Opelousas, via telephone, was Pride J. Doran.

*Background*

Plaintiff filed suit alleging defendants conspired to deprive her of her liberty and custody of her son and intentionally inflicted emotional distress upon her by having her arrested, investigated for child abuse, harassment, entrapment, public false accusations, and loss of her sole custody of her child, Cole. Plaintiff relies upon 42 U.S.C. §1983, Louisiana Civil Code article 2315, and Louisiana Civil Code article 2324, and applicable jurisprudence, to support her claims.

Plaintiff alleges defendant Gallow (an Opelousas police officer) "conspired with Bradley Griffith (child's father) to entrap Resa Latiolais in an arrest for battery and to wrongfully deprive her of custody of Cole." Plaintiff contends that defendant Mr. Donald Cravins , Sr., Mayor of Opelousas, "conspired with Brad to deprive Resa of custody of Cole by attempting to influence the investigation of Resa for child abuse."[2] Specifically, plaintiff alleges Mayor Cravins "personally called the investigating officer, Deputy Alex

---

[1] Statistical time: 1 hour.

[2] *First Amended Complaint for Damages* (rec. doc. 15).

2

Montgomery, III of the Lafayette Parish Sheriff's Department, and requested that Deputy Montgomery 'help Brad out' in the ongoing child custody matter."[3]

Regarding defendant Gallow, plaintiff alleges Griffith "conspired with Officer Gallow to entrap Resa with the intent to have Resa cited for an offense about which Officer Gallow could then testify at the custody proceeding."[4] Plaintiff alleges Griffith showed up at an exchange location for the minor child with a woman, Cindy Hebert, who spoke "fighting words" to Resa, in an effort, apparently successful, to provoke a confrontation. "Brad had arranged for Officer Gallow to be present during this exchange and Officer Gallow dutifully cited Resa for simple battery."[5]

A review of the docket sheet shows the discovery deadline was September 14, 2009, and the dispositive motion deadline was November 13, 2009. Defendants stated in their Rule 26(f) report they would use expert testimony, and filed dispositive motions. However, no dispositive motions have been filed.

The discovery and admissions sought in the various motions were all timely propounded prior to the September 14, 2009, discovery deadline. A previous unopposed motion to compel answers to discovery against defendant Cravins was granted on November 5, 2009, in which Cravins was ordered to respond within days.[6]

---

[3]*Ibid.*

[4]*Ibid.*

[5]*First Amended Complaint for Damages* (rec. doc. 15).

[6]*Ruling on Motion to Compel* (rec. doc. 28).

At oral argument, the parties stated they were able to reach a compromise, in part, on the outstanding discovery issues. The only motion that remains to be negotiated is the motion for responses from Mayor Donald Cravins. Counsel for plaintiff will inform the court within 30 days of the specifics of their compromise. Therefore,

**IT IS ORDERED** that the Motion to Deem Request for Admissions Admitted and to Compel Discovery Responses [Bradley Griffith](rec. doc. 23), Motion to Deem Requests for Admissions Admitted [City of Opelousas](rec. doc. 24),and Motion to Deem Requests for Admissions Admitted [Roylis Gallow](rec. Doc. 26) are **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the Motion to Deem Request for Admissions Admitted and to Compel Discovery Responses [Mayor Donald Cravins](rec. doc. 25), is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant Donald Cravins shall provide complete responses to the Second Set of Interrogatories propounded to him by plaintiff no later than January 15, 2010;

2. All other requested relief is **DENIED**.

Lafayette, Louisiana, this 18th day of December, 2009.

Patrick J. Hanna
United States Magistrate Judge