UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **RESA LATIOLAIS** | **CIVIL ACTION NO. 09-18** |
| **VERSUS** | **JUDGE MELANCON** |
| **BRADLEY GRIFFITH,** <br> **ROYLIS GALLOW,** <br> **DONALD CRAVINS,** <br> **CITY OF OPELOUSAS** | **MAGISTRATE JUDGE HANNA** |

*MINUTES OF TELEPHONE HEARING ON*
*MOTION TO COMPEL*
**(Rec. Doc. 35)**

A telephone conference was held on February 4, 2010, beginning at 1:30 p.m and ending at 1:45 p.m. Participating in the conference was counsel for plaintiff, Bradford H. Felder, and for defendant Donald Cravins, Pride J. Doran. The parties discussed plaintiff's motion to compel, which seeks to compel defendant Cravins to provide certain financial information relevant to plaintiff's claim for punitive damages. Plaintiff also seeks attorney's fees for bringing the motion to compel. Defendant has objected to the production of this information, arguing plaintiff has not made a prima facie case for imposition of punitive damages, and has not met heightened pleading requirements required due to his qualified immunity defense. In opposition, plaintiff argues defendant was previously ordered to produce this information, along with other information, on December 18, 2009. (See rec. doc. 31). Plaintiff argues defendant's objection to the production is untimely and defendant has not sought any protection from discovery nor

sought summary judgment based on his qualified immunity defense.

At the conference, the undersigned reviewed the status of the litigation. A jury trial is set for March 8, 2010, and the pretrial conference is set for February 11, 2010, five working days from this date.

Federal Rules of Civil Procedure Rule 26(b) allows discovery of any non-privileged matter relevant to a parties claim or defense. Evidence of a defendant's financial worth is relevant to the issue of punitive damages and discoverable under Fed. R. Civ. P. 26(b), even if it is ultimately inadmissible. See Ferko v. Nat'l Ass'n for Stock Car Auto Racing, Inc., 218 F.R.D. 125, 138 (E.D.Tex.2003)[1]; Parkins v. Brown, 241 F.2d 367, FN 2 (5th Cir. 1957)("The proffered evidence as to the financial condition of defendant will be competent only if the evidence develops a case warranting the jury in awarding punitive or exemplary damages.")(internal citations omitted).

After discussion, it was determined the requested financial documents should be brought to the pretrial conference, completely ready to be produced upon order by Judge Melancon to do so, after thorough discussion of the status of the case. The parties were also advised of the necessity of revising their jury instructions and objections prior to the pretrial conference.

Therefore,

---

[1] See also unreported decisions Briones v. Smith Dairy Queens, Ltd., 2008 WL 4630485 (S.D.Tex. 2008); LeBlanc v. Bryan Imports, Inc., 2000 WL 628740 (E.D.La.2000); Singleton v. RPM Pizza, Inc., 2004 WL 169802 (E.D.La. 2004).

**IT IS ORDERED** that plaintiff's Motion to Compel Discovery Responses (rec. doc. 35) is **GRANTED IN PART AND DENIED IN PART** as follows:

1) Defendant shall have ready to produce at the pretrial conference the discovery sought to be compelled.

2) All other requested relief is **DENIED**.

Lafayette, Louisiana, this 4th day of February, 2010.

*[signature]*

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)