U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JAN 29 2015

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

RESA LATIOLAIS                           CIVIL ACTION NO. 09-00018

VERSUS                                   JUDGE DONALD E. WALTER

BRADLEY GRIFFITH et al                   MAGISTRATE JUDGE HANNA

## ORDER

Before the Court is a motion for judgment as a matter of law, pursuant to Federal Rule of Civil Procedure 50(b), on behalf of Defendant Donald Cravins, Sr. The motion follows a three-day jury trial which commenced on December 8, 2014. At the close of Plaintiff's case, the Court denied Rule 50(a) motions by all Defendants. The case was submitted to a jury, and a verdict was returned in favor of the Plaintiff. Thereupon, the Court took Defendant Cravins' renewed motion under advisement to allow briefing by both parties. *See* Docs. 226, 229, 230, 238, and 239.[1] "[I]n entertaining a motion for judgment as a matter of law, the court should review all of the evidence in the record." *Reeves v. Sanderson Plumbing Products, Inc.*, 530 U.S. 133, 150 (2000). "In doing so, however, the court must draw all reasonable inferences in favor of the nonmoving party, and it may not make credibility determinations or weigh the evidence." *Id.* (citations omitted). "Credibility determinations, the weighing of the evidence, and the drawing of legitimate inferences from the facts are jury functions, not those of a judge." *Id.* (quoting *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 255 (1986)). Applying the foregoing standards to the instant motion, the Court must give deference to the jury's verdict, which was reached after weighing the evidence and judging the credibility of the trial witnesses, including Donald Cravins, Sr. and Alex Montgomery. Thus, upon consideration

---

[1] Cravins' Motion for Leave to File Reply Brief [Doc. #240] is hereby **DENIED**.

of all evidence in the record and the briefs submitted by both parties, the Court finds that Defendant Cravins is not entitled to judgment as a matter of law. Accordingly, the renewed motion is hereby **DENIED**; the jury's verdict stands.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 29 day of January, 2015.

*/s/ Donald E. Walter*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE