RECEIVED

JUL 1 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RESA LATIOLAIS | CIVIL ACTION NO. 09-00018 |
| VERSUS | JUDGE DONALD E. WALTER |
| BRADLEY GRIFFITH et al | MAGISTRATE JUDGE HANNA |

### ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. #254], and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff Resa Latiolais' Motion for Attorney's Fees [Doc. #243] is hereby **GRANTED**, for the reasons stated in the Report and Recommendation. Accordingly, pursuant to 42 U.S.C. § 1988, attorney's fees are hereby awarded to Resa Latiolais, as the prevailing party plaintiff, in the amount of **$107,031.16.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 13th day of July, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE